UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT NAMER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-3060** |
| **GS LEVINE INSURANCE SERVICES, INC., ET AL.** | **SECTION I** |

## ORDER

On October 19, 2015, defendants, Arthur J. Gallagher Insurance Brokers of California, Inc. ("Gallagher") and GS Levine Insurance Services, Inc. ("GS Levine") filed two motions pursuant to Rule 12 to dismiss for failure to state a claim or, in the alternative, for a more definite statement.[1] On November 3, 2015, plaintiff filed a motion for leave to file an amended complaint.[2] The motion for leave to file an amended complaint was filed less than 21 days after defendants served their motions, and plaintiff is entitled to amend as a matter of course. Fed. R. Civ. P. 15(a)(1)(B).

In addition, the "amended complaint supersedes the original complaint and renders it of no legal effect." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994).[3] Plaintiff asserts that certain factual allegations in the amended complaint are "clarified and expanded upon"[4] and the amended complaint appears to include lengthier allegations than the original complaint.[5] The Court therefore finds it appropriate to dismiss as moot the pending motions, which address a superseded and less detailed

---

[1] R. Doc. Nos. 4, 5.
[2] R. Doc. No. 7.
[3] The amended complaint neither "specifically refers to and adopts [nor] incorporates by reference" the original complaint. *See id.*
[4] R. Doc. No. 7-1, at 2, 3.
[5] *Compare* R. Doc. No. 1 with R. Doc. No. 7-2.

1

pleading, without prejudice to filing renewed motions, if appropriate. Accordingly,

**IT IS ORDERED** that the motion for leave to file an amended complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that the motions to dismiss or for a more definite statement are **DISMISSED AS MOOT** without prejudice to filing renewed motions.

New Orleans, Louisiana, November 9, 2015.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**